the Seventh Circuit denied. *Messrs. George I. Haight, A. M. Fitzgerald,* and *Benjamin F. Goldstein* for petitioners. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron, Fred E. Strine, Paul M. Plunkett,* and *W. Marvin Smith* for the United States. Reported below: 101 F. 2d 325.

No. 819. CITIZENS NATIONAL BANK *v.* FIDELITY & DEPOSIT COMPANY OF MARYLAND. May 1, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. R. C. Fulbright* for petitioner. *Mr. Albert B. Hall* for respondent.

No. 824. McCOY *v.* SOUTHERN PACIFIC Co. May 1, 1939. Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California, denied. *Mr. Herbert W. Erskine* for petitioner. *Mr. Arthur B. Dunne* for respondent.

No. 831. GREEN *v.* CITY OF STUART. May 1, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. T. T. Oughterson* for petitioner. *Mr. George W. Coleman* for respondent.

No. 848. SCHOOL DISTRICT OF HAVERFORD TOWNSHIP *v.* AMERICAN SURETY Co. May 1, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Albert J. Williams* for petitioner. *Mr. Wm. A. Schnader* for respondent.